Lewis E. Hudnell, III (CASBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CASBN 189452)
nick@hudnelllaw.com
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.3698
Facsimile: 347.772.3034

Attorneys for Defendant
VoIP-Pal.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| X CORP.<br><br>Plaintiff,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>Defendant. | Case No. 3:21-cv-9773-JD<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff X Corp. ("X") and Defendant VoIP-Pal, Inc. ("VoIP-Pal") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties stipulate that all pending requested relief should be denied as moot.  The parties stipulate to the dismissal of all of X's claims in this lawsuit with prejudice.  The parties stipulate to the dismissal of all of VoIP-Pal's claims in this lawsuit with prejudice.  The parties further stipulate that each party is to bear its own fees, expenses, and costs.

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    Dated: June 6, 2023                          Respectfully submitted,

3

4    */s/ Taylor Gooch (with permission)*          */s/ Lewis E. Hudnell, III*
     Sonal N. Mehta (Bar No. 222086)              Lewis E. Hudnell, III (CASBN 218736)
5    Wilmer Cutler Pickering Hale and Dorr LLP     lewis@hudnelllaw.com
     2600 El Camino Real, Suite 400               Nicolas S. Gikkas (CASBN 189452)
6    Palo Alto, California, 94306                  nick@hudnelllaw.com
     Telephone: (650) 858-6000                    HUDNELL LAW GROUP P.C.
7    Facsimile: (650) 858-6100                     800 W. El Camino Real Suite 180
                                                   Mountain View, California 94040
8                                                  Telephone: 650.564.3698
     Taylor Gooch (Bar No. 294282)                Facsimile: 347.772.3034
9    Wilmer Cutler Pickering Hale and Dorr LLP
     One Front Street, Suite 3500
10   San Francisco, CA 94111
11   Telephone: (628) 235-1000                    Attorneys for Defendant
     Facsimile: (628) 235-1001                    VoIP-Pal.com, Inc.
12

13   Attorneys for Plaintiff
     X Corp.
14

15

16

17                              **ATTESTATION**

18        Under Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been

19   obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

20

21                                   */s/ Lewis E. Hudnell, III*
                                     Lewis E. Hudnell, III
22

23

24

25

26

27

28

# **[PROPOSED] ORDER**

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that all claims for relief asserted against VoIP-Pal are dismissed, with prejudice;

IT IS FURTHER ORDERED that all claims for relief asserted against X Corp. are dismissed, with prejudice;

IT IS FURTHER ORDERED that all pending requested relief is denied as moot; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: _____

_____
Hon. James Donato
United States District Court Judge