1  Lewis E. Hudnell, III (CASBN 218736)
   lewis@hudnelllaw.com
2  Nicolas S. Gikkas (CASBN 189452)
   nick@hudnelllaw.com
3  HUDNELL LAW GROUP P.C.
4  800 W. El Camino Real Suite 180
   Mountain View, California 94040
5  Telephone: 650.564.3698
   Facsimile: 347.772.3034
6
7  Attorneys for Defendant
   VoIP-Pal.com, Inc.
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

| X CORP. | Case No. 3:21-cv-9773-JD |
| --- | --- |
| Plaintiff, | |
| v. | |
| VOIP-PAL.COM, INC., | **JOINT STIPULATION OF DISMISSAL** |
| Defendant. | |

Plaintiff X Corp. ("X") and Defendant VoIP-Pal, Inc. ("VoIP-Pal") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties stipulate that all pending requested relief should be denied as moot. The parties stipulate to the dismissal of all of X's claims in this lawsuit with prejudice. The parties stipulate to the dismissal of all of VoIP-Pal's claims in this lawsuit with prejudice. The parties further stipulate that each party is to bear its own fees, expenses, and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 6, 2023                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Taylor Gooch (with permission)* | */s/ Lewis E. Hudnell, III* |
| Sonal N. Mehta (Bar No. 222086) | Lewis E. Hudnell, III (CASBN 218736) |
| Wilmer Cutler Pickering Hale and Dorr LLP | lewis@hudnelllaw.com |
| 2600 El Camino Real, Suite 400 | Nicolas S. Gikkas (CASBN 189452) |
| Palo Alto, California, 94306 | nick@hudnelllaw.com |
| Telephone: (650) 858-6000 | HUDNELL LAW GROUP P.C. |
| Facsimile: (650) 858-6100 | 800 W. El Camino Real Suite 180 |
| | Mountain View, California 94040 |
| Taylor Gooch (Bar No. 294282) | Telephone: 650.564.3698 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Facsimile: 347.772.3034 |
| One Front Street, Suite 3500 | |
| San Francisco, CA 94111 | |
| Telephone: (628) 235-1000 | Attorneys for Defendant |
| Facsimile: (628) 235-1001 | VoIP-Pal.com, Inc. |
| | |
| Attorneys for Plaintiff | |
| X Corp. | |

## **ATTESTATION**

Under Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

                                                                        */s/ Lewis E. Hudnell, III*
                                                                        Lewis E. Hudnell, III

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that all claims for relief asserted against VoIP-Pal are dismissed, with prejudice;

IT IS FURTHER ORDERED that all claims for relief asserted against X Corp. are dismissed, with prejudice;

IT IS FURTHER ORDERED that all pending requested relief is denied as moot; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: June 7, 2023

_____
James Donato
United States District Judge